# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES BOWEN,<br><br>　　　　　Defendant. | Case No. 1:18-CR-00015-DAD-BAM<br><br><u>ORDER SETTING HEARING AND STAYING RELEASE ORDER</u><br><br>(Doc. 11) |

The government has moved the court for revocation of the Magistrate's Judge's order releasing defendant on conditions and requested a hearing on that motion as well as a stay of the release order pending this court's ruling on the motion to revoke. Good cause appearing, a hearing on the government's motion to revoke the release order is now set for Tuesday, February 6, 2018, at 11:00 a.m. before this court. The Magistrate Judge's order releasing the defendant on conditions, entered January 23, 2018, is stayed pending this court's ruling on the motion to revoke.

IT IS SO ORDERED.

　Dated: __**February 2, 2018**__　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1