| | |
|---|---|
| 1 | **DANIEL A. BACON 065099** |
| | LAW OFFICES OF DANIEL A. BACON |
| 2 | 2445 Capitol Street, Suite 160A |
| | Fresno, California 93721 |
| 3 | Telephone: (559) 412-4420 |
| 4 | Attorney for JAMES BOWEN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18 CR 00015 DAD-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY |
| | ) | TERMS OF |
| vs. | ) | RELEASE |
| | ) | |
| JAMES BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGREGOR SCOTT, United States Attorney, by KIMBERLY SANCHEZ, Assistant United States Attorney, for the plaintiff, and DANIEL A. BACON, Attorney at Law, for defendant JAMES BOWEN, that the conditions of release ordered by the court in this matter are amended as follows:

That the conditions in paragraph 7(L) shall be amended to allow the defendant to attend the wedding of Frank Harrow, which is scheduled to take place on May 26, 2018 at the Calwa United Methodist Church, 2540 South 10th Street, Fresno, California, and the defendant shall be allowed to be out of his residence between the hours of 12:00 noon and 6:00 PM on May 26, 2018.

In addition, the defendant will be allowed to attend the graduation ceremony of his son, James Bowen, which will occur on June 2, 2018, at the Mercedes Edwards Theater in Clovis, California, and the defendant shall be allowed to remain out of his residence to attend said

graduation from 1:00 PM until 3:30 PM on June 2, 2018.

This modification has been approved by Pretrial Services Officer Ryan Beckwith.

Executed this 7th day of May, 2018, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
JAMES BOWEN

Executed this 7th day of May, 2018, at Fresno, California.

McGREGOR SCOTT, U.S. Attorney

By: /s/ Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: **May 7, 2018**

UNITED STATES MAGISTRATE JUDGE