**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for JAMES BOWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:18 CR 00015 DAD-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO MODIFY |
| ) | TERMS OF RELEASE |
| vs. ) | |
| ) | |
| JAMES BOWEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGREGOR SCOTT, United States Attorney, by KIMBERLY SANCHEZ, Assistant United States Attorney, for the plaintiff, and DANIEL A. BACON, Attorney at Law, for defendant JAMES BOWEN, that the conditions of release ordered by the court in this matter are amended as follows:

The condition in paragraph 6 shall be amended to substitute Melissa Bowen as third-party custodian in the place of Erik Bowen.

The condition in paragraph 7 (j) is deleted.

The condition in paragraph 7 (l) shall be amended to read that the defendant shall abide by a curfew and must remain in his residence from 9:00 pm until 5:00 am each day of the week.

/ / / / / /

/ / / / / /

This modification has been approved by Pretrial Services Officer Ryan Beckwith.

Executed this 20th day of November, 2018, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
JAMES BOWEN

Executed this 20th day of November, 2018, at Fresno, California.

McGREGOR SCOTT, U.S. Attorney

By: /s/ Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS SO ORDERED.

Dated: **November 21, 2018**

UNITED STATES MAGISTRATE JUDGE