**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for JAMES BOWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18 CR 00015 DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE |
| vs. | |
| JAMES BOWEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGREGOR SCOTT, United States Attorney, by KIMBERLY SANCHEZ, Assistant United States Attorney, for the plaintiff, and DANIEL A. BACON, Attorney at Law, for defendant JAMES BOWEN, that the conditions of release ordered by the court in this matter are amended as follows:

The condition in paragraph 7 (l) shall be amended to read that the defendant shall abide by a curfew and must remain in his residence from 9:00 pm until 5:00 am each day of the week, except that the defendant will be allowed to travel with his third-party custodian to Sacramento and Grass Valley, California on March 27, 2019, returning March 31, 2019, for the purpose of attending an award ceremony for defendant's wife in Sacramento, and to visit the defendant's wife's parents in Grass Valley, California

STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE

This modification has been approved by Pretrial Services Officer Rene Basurto.

Executed this 18th day of March, 2019, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
JAMES BOWEN

Executed this 18th day of March, 2019, at Fresno, California.

McGREGOR SCOTT, U.S. Attorney

By: /s/ Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The parties' stipulated request to modify the pretrial release conditions of Defendant, JAMES BOWEN, is GRANTED. Defendant shall be permitted to travel with his third-party custodian to Sacramento and Grass Valley, California on March 27, 2019, returning March 31, 2019, for the purpose of attending an award ceremony for defendant's wife in Sacramento, and to visit the defendant's wife's parents in Grass Valley, California. Defendant shall notify his Pretrial Services Officer of his return on March 31, 2019.

IT IS SO ORDERED.

Dated: **March 20, 2019**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE