McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BOWEN,<br><br>Defendant. | No. 1:18-CR-00015 DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Daniel Bacon, counsel for the defendant, that the sentencing set for, July 15, 2019, at 10:00 am before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to August 12, 2019 at 10:00 a.m. The government needs additional time to provide all discovery to probation, probation needs additional time to prepare a PSR, and defense is in agreement with the request.

1

Dated: June 5, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: June 5, 2019　　　　　　　　　　　　/s/ Daniel Bacon
　　　　　　　　　　　　　　　　　　　　DANIEL BACON
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for July 15, 2019, is continued to August 12, 2019, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:　**June 6, 2019**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE