**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for JAMES BOWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18 CR 00015 DAD-BAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGREGOR SCOTT, United States Attorney, by KIMBERLY SANCHEZ, Assistant U.S. Attorney, for the plaintiff, and DANIEL A. BACON, Attorney at Law, for JAMES BOWEN, defendant, that the conditions of release ordered by the court are amended as follows:

The defendant shall be allowed to travel outside the Eastern District of California with his third-party custodian to Grass Valley, California on July 25, 2019, returning July 29, 2019, for the purpose of visiting the defendant's wife's parents in Grass Valley, California.

This modification has been approved by the Pretrial Services Office.

Executed this 15th day of July, 2019, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for JAMES BOWEN

Executed this 15th day of July, 2019, at Fresno, California.

McGREGOR SCOTT, U.S. Attorney

By: /s/ Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER TO MODIFY TERMS OF RELEASE

**ORDER**

Based upon the above stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

Dated: __**July 15, 2019**__       /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE