**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for JAMES BOWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18 CR 00015 DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| JAMES BOWEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGREGOR SCOTT, United States Attorney, by KIMBERLY SANCHEZ, Assistant U.S. Attorney, for the plaintiff, and DANIEL A. BACON, attorney for JAMES BOWEN, defendant, that the sentencing set for August 12, 2019 at 10:00 AM before the Hon. Dale A. Drozd, U.S. District Court Judge, be continued to October 15, 2019, at 10:00 AM. The defendant needs additional time to provide further information to the Probation Office, and plaintiff is in agreement with the request.

Executed this 16th day of July, 2019, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for JAMES BOWEN

Executed this 16th day of July, 2019, at Fresno, California.

McGREGOR SCOTT, U.S. Attorney

By: /s/ Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing therefor, the sentencing hearing as to the above-named defendant currently scheduled for August 12, 2019, is continued to October 15, 2019 at 10:00 AM before the Hon. Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 18, 2019**

UNITED STATES DISTRICT JUDGE