**DANIEL A. BACON 065099**
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for JAMES BOWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:18 CR 00015 DAD-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO MODIFY CONDITIONS |
| ) | |
| vs. ) | OF RELEASE PENDING REPORTING TO BUREAU OF PRISONS |
| ) | |
| JAMES BOWEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely McGREGOR SCOTT, United States Attorney, by KIMBERLY SANCHEZ, Assistant U.S. Attorney, for the plaintiff, and DANIEL A. BACON, attorney for JAMES BOWEN, defendant, that his conditions of release pending report to the Bureau of Prisons be amended to allow Pretrial Services to remove his ankle monitor on January 7, 2020, to allow Mr. Bowen to report to Lompoc FCI on January 8, 2020.

Executed this 13th day of December, 2019, at Fresno, California.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for JAMES BOWEN

Executed this 15th day of December, 2019, at Fresno, California.

McGREGOR SCOTT, U.S. Attorney

By: /s/ Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED.**

**DATED:** **DECEMBER 20, 3019**               *Eric P. Grosj*
                                                                        **UNITED STATES MAGISTRATE JUDGE**