MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JAMES BOWEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:18-CR-00015-DAD-BAM |
|---|---|
| Plaintiff, | **SEALING ORDER** |
| v. | |
| JAMES BOWEN, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Bowen's Exhibit B to his Motion for Compassionate Release in this case shall be filed **under seal** until further order of the court as it contains confidential medical records.

IT IS SO ORDERED.

Dated:   **May 18, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

-1-